1
 Progressive Direct Insurance Company, Petitioner v. Andrew Ortiz. Respondent No. 24SC440
Supreme Court of Colorado, En Banc
April 14, 2025
 
           Court
 of Appeals Case No. 23CA292
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the court should reconsider the State Farm Mut.
 Auto. Ins. Co. v. Brekke, 105 P.3d 177 (Colo. 2004),
 standard related to the particularized pleading and
 timeliness requirements imposed on insurers in UM litigation.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.